IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| AE LIQUIDATION, INC., *et al.*,[1] | ) | Case No. 08-13031 (MFW) |
| | ) | |
| Debtors. | ) | |
| | ) | (Jointly Administered) |
| | ) | **Re: Docket No. 1280** |
| | ) | |
| JEOFFREY L. BURTCH, | ) | |
| CHAPTER 7 TRUSTEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PRECISION PERSONNEL, INC., | ) | Adv. Pro. No. 10-55354 (MFW) |
| | ) | **Re: Docket No. 3** |
| | ) | |
| ALCAN ROLLED PRODUCTS- | ) | Adv. Pro. No. 10-55382 (MFW) |
| RAVENSWOOD, LLC, | ) | **Re: Docket No. 5** |
| | ) | |
| BODE AERO SERVICES, INC., | ) | Adv. Pro. No. 10-55390 (MFW) |
| | ) | **Re: Docket No. 7** |
| | ) | |
| COMPASS AEROSPACE NORTHWEST, | ) | Adv. Pro. No. 10-55397 (MFW) |
| INC., | ) | **Re: Docket No. 4** |
| | ) | |
| SCHERER COMMUNICATIONS INC., D/B/A | ) | Adv. Pro. No. 10-55399 (MFW) |
| CONFERENCECALL.COM, | ) | **Re: Docket No. 6** |
| | ) | |
| DIAMOND DESIGN AND ENGINEERING, | ) | Adv. Pro. No. 10-55404 (MFW) |
| INC., | ) | **Re: Docket No. 5** |
| | ) | |
| DUKE CITY FUELING, INC., | ) | Adv. Pro. No. 10-55407 (MFW) |
| | ) | **Re: Docket No. 5** |
| | ) | |
| EMPIRE SCREEN PRINTING, INC., | ) | Adv. Pro. No. 10-55409 (MFW) |
| | ) | **Re: Docket No. 6** |
| | ) | |

---

[1] The Debtors in these proceedings are: AE Liquidation, Inc. (f/k/a/ Eclipse Aviation Corporation) and EIRB Liquidation, Inc. (f/k/a/ Eclipse IRB Sunport, LLC), a wholly-owned subsidiary of Eclipse Aviation Corporation.

| | | |
|---|---|---|
| SPENSA, INC. F/K/A HSR BUSINESS TO BUSINESS INC., | ) ) ) | Adv. Pro. No. 10-55420 (MFW) **Re: Docket No. 4** |
| L-3 COMMUNICATIONS AVIONICS SYSTEMS, INC., | ) ) ) | Adv. Pro. No. 10-55457 (MFW) **Re: Docket No. 5** |
| NIPPON EXPRESS U.S.A., INC., | ) ) ) | Adv. Pro. No. 10-55469 (MFW) **Re: Docket No. 5** |
| SIERRA NEVADA CORPORATION, AND | ) ) ) | Adv. Pro. No. 10-55490 (MFW) **Re: Docket No. 4** |
| VERIFY, INC., | ) ) ) | Adv. Pro. No. 10-55509 (MFW) **Re: Docket No. 4** |
| Defendants. | ) ) | |

## ORDER OF DISMISSAL OF COMPLAINTS TO AVOID TRANSFERS PURSUANT TO 11 U.S.C. §547 AND TO RECOVER PROPERTY TRANSFERRED PURSUANT TO 11 U.S.C. §550

1. The Chapter 7 Trustee filed the Fourth Omnibus 9019 Motion for an Order Approving Compromise and Settlement of Disputed Preferential Claims (the "Motion").

2. The Court granted the Motion and entered the Order pursuant to Rule 9019 of the Bankruptcy Rules Approving Settlement of Avoidance Actions.

3. Please take notice that the complaints in the above-captioned adversary proceedings are hereby dismissed with prejudice. The adversary proceedings are hereby closed.

Dated: May 9, 2011

THE HONORABLE MARY F. WALRATH
United States Bankruptcy Court Judge